WR-85,153-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/14/2016 5:19:34 PM
Accepted 6/15/2016 8:30:01 AM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

§

EX PARTE § §

§    CAUSE NO. WR-85,153-01

CHARLIE LOUIS BRADLEY § and WR-85,153-02

§

## ADVISORY TO THE COURT

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Charlie Louis Bradley files this Advisory To The Court and would show as follows:

### I.

The District Clerk sent the habeas record to this Court before the court reporter filed the Reporter's Record for the last day of the hearing even though habeas counsel had informed the District Clerk that it was incomplete. The court reporter filed the Reporter's Record on June 14, 2016. The District Clerk assured habeas counsel that he will send a Supplemental Record to this Court expeditiously.

### II.

This Court's recent decision Ex parte Saenz, No. WR-80,945-01 (Tex. Crim. App. April 6, 2016), is dispositive of the primary issue in this case. Applicant contends that trial counsel performed deficiently in failing to impeach the crime scene officer's testimony that she lifted his fingerprints from the inside of the trailer (which contained

the stolen property) with her report that she lifted them from the outside of the trailer. The location of the prints is the pivotal issue in the case, as she acknowledged at the habeas hearing that it is more incriminating if the prints were found on the inside of the trailer because prints found on the outside would not necessarily connect that person to the crime (4 H.R.R. 97-98). Saenz establishes that trial counsel performs deficiently in failing impeach the key prosecution witness with a prior inconsistent statement.

Respectfully submitted,

/s/ Randy Schaffer
Randy Schaffer
State Bar No. 17724500

1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
noguilt@swbell.net

Attorney for Applicant
CHARLIE LOUIS BRADLEY

## CERTIFICATE OF SERVICE

I served a copy of this document on the prosecutor, Baldwin Chin, by email on June 14, 2016.

Randy Schaffer
Randy Schaffer